```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 11970
   GERALD P MADUZIA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-1622

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
BARCLAY'S CAPITAL REAL E  CURRENT MORTG         .00             .00             .00
BARCLAY'S CAPITAL REAL E  MORTGAGE ARRE      917.04             .00          917.04
INTERNAL REVENUE SERVICE  PRIORITY           767.09             .00             .00
CAPITAL ONE               UNSEC W/INTER      764.40             .00             .00
CREDIT PROTECTION         UNSEC W/INTER   NOT FILED             .00             .00
DUTTON & DUTTON           NOTICE ONLY     NOT FILED             .00             .00
PREMIER BANCARD CHARTER   UNSEC W/INTER      375.34             .00             .00
IC SYSTEMS                UNSEC W/INTER   NOT FILED             .00             .00
IC SYSTEMS                UNSEC W/INTER   NOT FILED             .00             .00
IC SYSTEM INC             UNSEC W/INTER      894.02             .00             .00
MRSI                      UNSEC W/INTER   NOT FILED             .00             .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     1990.17             .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER      436.74             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER      971.04             .00             .00
IC SYSTEM INC             UNSEC W/INTER      114.58             .00             .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY           .00                             .00
TOM VAUGHN                TRUSTEE                                             67.96
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  985.00

PRIORITY                                             .00
SECURED                                           917.04
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               67.96
DEBTOR REFUND                                        .00
                       ---------------     ---------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 07 B 11970 GERALD P MADUZIA

| | | |
|---|---|---|
| TOTALS | 985.00 | 985.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08                  /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE